[Nos. 22006–3–I; 22365–8–I.   Division One.   August 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER PHUKIM PHAM, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. KIM VAN MAI, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 87–1–04250–9, John M. Darrah, J., entered March 30 and April 6, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis and Winsor, JJ.

[No. 21916–2–I.   Division One.   August 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL WAYNE BYTHROW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04608–3, Frank J. Eberharter, J., entered March 9, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Pekelis, JJ.

[No. 21725–9–I.   Division One.   August 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ROLAND DOUGLAS ERVIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02010–6, Gerard M. Shellan, J., entered February 8, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Swanson, J.